UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND LANE,

        Plaintiff,                      No. 05-CV-73273-DT

vs.                                    Hon. Gerald E. Rosen

A. VALONE AND E. BELL,

        Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
AND DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on    August 30, 2007

        PRESENT: Honorable Gerald E. Rosen
                             United States District Judge

This Section 1983 prisoner's civil rights action having come before the Court on the July 26, 2007 Report and Recommendation of United States Magistrate R. Steven Whalen recommending that the Court deny Plaintiff's Motion for Partial Summary Judgment; and Plaintiff having timely filed objections to the Magistrate Judge's Report and Recommendation; and the Court having reviewed the Magistrate Judge's Report and Recommendation, Plaintiff's Objections, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Plaintiff's motion for partial summary judgment should be denied; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of July 26, 2007 be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Plaintiff's Motion for Partial Summary Judgment [Docket # 33] be, and hereby is, DENIED.

s/Gerald E. Rosen
Gerald E. Rosen
United States District Judge

Dated: August 30, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 30, 2007, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Case Manager