UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND LANE,　　　　　　　　　　　　Civ. Action No. 05-73273

　　　　　Plaintiff,　　　　　　　　　　　　District Judge Gerald E. Rosen

v.　　　　　　　　　　　　　　　　　　　Magistrate Judge R. Steven Whalen

A. VALONE, et.al.

　　　　　Defendants.
_____ /

## ORDER GRANTING LEAVE TO DEPOSE PLAINTIFF

Before the Court is Defendants' Motion to Depose a State Prisoner [Docket #39]. Plaintiff, who has filed this action *pro se* under 42 U.S.C. §1983, is an inmate in the custody of the Michigan Department of Corrections (MDOC).

Defendants' motion [Docket #39] is GRANTED. Pursuant to Fed.R.Civ.P. 30(a)(2), the Defendants, through their counsel, the Attorney General of the State of Michigan, are hereby granted leave to conduct a deposition of the Plaintiff, Raymond Lane, #143051, at the Bellamy Creek Correctional Facility, or any other MDOC facility at which he might be housed.

　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　S/R. Steven Whalen
　　　　　　　　　　　　　　　　　　　　R. STEVEN WHALEN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Dated: December 20, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on December 20, 2007.

                                                S/G. Wilson
                                                Judicial Assistant