UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND LANE,

        Plaintiff,                    No. 05-CV-73273-DT

vs.                                        Hon. Gerald E. Rosen

A. VALONE AND E. BELL,

        Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S
<u>COMPLAINT, IN ITS ENTIRETY, WITH PREJUDICE</u>

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on    <u>March 11, 2009</u>

PRESENT:  Honorable Gerald E. Rosen
                       Chief Judge, United States District Court

This Section 1983 civil rights action having come before the Court on the February 18, 2009 Report and Recommendation of United States Magistrate Judge R. Steven Whalen recommending that the Court grant Defendants' Motion for Summary Judgment and deny Plaintiff's Motion for Summary Judgment; and no timely objections to the R & R having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Defendants' Motion should be granted and Plaintiff's Motion should be denied; and the Court being otherwise

fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of February 18, 2009 **[Dkt. # 51]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendants' Motion for Summary Judgment **[Dkt. # 45]** is GRANTED and Plaintiff's Motion for Summary Judgment **[Dkt. # 47]** is DENIED.

This Opinion and Order resolves the only remaining claims in this action. Accordingly,

IT IS FURTHER ORDERED that this case be DISMISSED, in its entirety, with prejudice.

Let Judgment be entered accordingly.

                                                  s/Gerald E. Rosen
                                                  Chief Judge, United States District Court

Dated: March 11, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 11, 2009, by electronic and/or ordinary mail.

                                                  s/LaShawn R. Saulsberry
                                                  Case Manager